IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| D.C., a minor, | : | |
| Plaintiff, | : | Civil Action 2:11-cv-208 |
| v. | : | Judge Marbley |
| Gary Riley, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |
| | : | |

## ORDER

On July 26, 2011, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to serve process upon the defendants.  Plaintiff has made no response to this order, and the time in which to do so has now expired.

Accordingly, it is **ORDERED** that this case be, and is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) for failure to serve process upon the defendants.  The Clerk of Court is **DIRECTED** to close this case.

s/Algenon L. Marbley
United States District Judge