# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| D.C., a minor, | : | |
| Plaintiff, | : | Civil Action 2:11-cv-208 |
| v. | : | Judge Marbley |
| Gary Riley, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |
| | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the November 21, 2011 Order, this action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for failure to serve process upon the defendants. This case is CLOSED.

Date: **November 21, 2011**          **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk